NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**RTC INDUSTRIES, INC.,**
*Appellant*

v.

**KATHERINE K. VIDAL, Under Secretary of
Commerce for Intellectual Property and
Director of the United States Patent and
Trademark Office,**
*Intervenor*

———————————————

2021-1514

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00994.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

May 17, 2022                          /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court

**ISSUED AS A MANDATE:** May 17, 2022